**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**COURTNEY STEVENS,** *et al.*                                        **PLAINTIFFS**

**v.**                        **CASE NO. 3:25-cv-00194-BSM**

**BRANDON HICKS,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE